IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Civil No. – JFM-14-436 and JFM-14-437 |
| | *  Criminal No. JFM-08-36 and JFM-10-247 |
| SHAKOOR STEVENSON | * |

\*\*\*\*\*\*

## MEMORANDUM

Shakoor Stevenson has filed this motion under 28 U.S.C. § 2241 and § 2255. He contends that he was improperly found by this court to be a career offender, and that his sentence should be accordingly reduced. The Government has opposed the motion.

The motion will be granted. Under existing law it is clear that Stevenson should not be "categorically" determined to be a career offender. *See United States v. Aparicio-Soria*, 2014 U.S. App. LEXIS 715. The Government may well be correct that I should not grant the § 2255 because it is successive in nature and that, instead, I should direct that Stevenson file an appropriate motion with the Fourth Circuit seeking leave to file a successive petition. I am, however, persuaded that the Fourth Circuit would grant such a motion and, in order to reduce costs, I am taking the step of granting the present motion.

I ask counsel to confer with one another to determine whether Stevenson should come back to Baltimore for resentencing or whether, in light of my ruling, it is possible to agree upon a new sentence without incurring that expense. I ask counsel to submit a status report to me in that regard on or before June 27, 2014.

Date: May 29, 2014

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 29  P 12: 15

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY